UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ARTURO ESTEVEZ,

                         Plaintiff,                    21-CV-08999 (AJN)(SN)

      -against-                                    <u>ORDER</u>

SHAMUS & PEABODY, LLC,

                         Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On December 21, 2021, the Plaintiff filed an affidavit of service on Defendant Shamus & Peabody, LLC. ECF No. 6. As of today, the Defendant has not filed a notice of appearance, responsive pleading, or any other motion. No later than January 21, 2022, Plaintiff shall file a letter informing the Court whether Plaintiff has been in contact with Defendant or made any efforts to confirm receipt of service. The letter should also state whether Plaintiff intends to move for default judgment.

**SO ORDERED.**

                                                                               _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      New York, New York
               January 14, 2022