UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARTURO ESTEVEZ,

                       **Plaintiff,**                       21-CV-08999 (AJN)(SN)

      -against-                                       **ORDER**

SHAMUS & PEABODY, LLC,

                       **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On January 21, 2022, the Court ordered that unless Defendant filed a notice of appearance and notified the Court of its intention to answer the Complaint, Plaintiff should file his Motion for Default Judgment by no later than March 6, 2022. Plaintiff has not moved for default judgment. Plaintiff is ordered to file his Motion for Default Judgment by no later than March 23, 2022 or the Court will recommend that the case will be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

                                                                _____
                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:    March 15, 2022
                New York, New York